FILED

MAR 2 5 2011

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
Plaintiff,

v.                                    Criminal No. _____1:11cr21_____

WILLIAM JOLLY,                        Violation(s): 18 U.S.C. § 113(a)(3)
Defendant.

# INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about September 2, 2010, in Preston County, West Virginia, within the Northern District of West Virginia, the defendant, WILLIAM JOLLY, at a place within the special maritime and territorial jurisdiction of the United States, namely, United States Penitentiary Hazelton, on land acquired for the use of the United States and under its jurisdiction, did assault another inmate, E.L., with a dangerous weapon, with intent to do bodily harm to E.L., and without just cause and excuse; in violation of Title 18, United States Code, § 113(a)(3).

WILLIAM J. IHLENFELD, II,
United States Attorney

Brandon S. Flower,
Assistant United States Attorney

1