**Waiver of Indictment**

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

v.                                                                Criminal No.: __1:11cr21__

**WILLIAM JOLLY,**

The above named defendant, an inmate in the custody of the Bureau of Prisons at United States Penitentiary Hazelton, is being charged with assaulting another inmate, E.L., on land acquired for the use of the United States and under its jurisdiction, with a dangerous weapon, with intent to do bodily harm to E.L., and without just cause and excuse; in violation of Title 18, United States Code, Sections 113(a)(3); being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____,
*Defendant,*

_____,
*Counsel for Defendant,*

Date _____